J. S30037/16

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

COMMONWEALTH OF PENNSYLVANIA   :   IN THE SUPERIOR COURT OF
  :   PENNSYLVANIA
v.   :
  :
THOMAS LAMAR JEFCOAT,   :   No. 1822 EDA 2015
  :
Appellant   :

Appeal from the Judgment of Sentence, April 22, 2015,
in the Court of Common Pleas of Lehigh County
Criminal Division at No. CP-39-CR-0004288-2014

BEFORE:  GANTMAN, P.J., FORD ELLIOTT, P.J.E., AND JENKINS, J.

CONCURRING AND DISSENTING MEMORANDUM STATEMENT BY
FORD ELLIOTT, P.J.E.:            **FILED SEPTEMBER 16, 2016**

I join in the Majority's affirmance of the first issue raised by appellant that the stop and protective search were legal.  However, I respectfully dissent from the Majority's affirmance of the canine sniff of the book bag.  I believe that Officer Howells lacked probable cause for the search in that the belief that the bag contained a digital scale had no other support in the record and therefore was merely a hunch.